Arturo E. Matthews, Esq. (State Bar No. 145232)   JS-6
Matthews Law Firm, Inc.
2522 Chambers Road, Suite 100
Tustin, California  92780

Phone:   (714) 647-7110
Fax:     (714) 647-5558
Email:   aem@matthewsfirm.net

Attorney for Petitioner
PRODIGY FINANCE CM2021-1 DAC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRODIGY FINANCE CM2021-1 DAC, an Irish designated activity company,<br><br>Petitioner,<br><br>vs.<br><br>MANDEEP KAUR SOHI, an individual,<br><br>Defendants. | Case No.  5:23-cv-00840-JGB-SP<br><br>**JUDGMENT CONFIRMING FOREIGN ARBITRAL AWARD**<br><br>**[9 U.S.C. § 207]** |

The Court, upon consideration of the papers in support of, and in opposition to, all pleadings and evidence on file, and the arguments of counsel pertaining to the Petition to Confirm Foreign Arbitral Award issued in the Arbitration Matter between Prodigy Finance CM2021-1 DAC, an Irish designated activity company, as Petitioner, and Mandeep Kaur Sohi, as Respondent, Chartered Institute of

Arbitrators, CIArb BAS Case No. DAS-01343-K9G2N, including the Award issued by the Arbitrator on November 21, 2022, (the "Award"), and for good cause shown, orders as follows:

IT IS HEREBY ORDERED, ADJUDGED, DECREED THAT: In conformity with the terms of the Award, and in accordance with the New York Convention of 1958, on the Recognition and Enforcement of Foreign Arbitral Awards, and 9 U.S.C. §201, et seq., and having found, pursuant to 9 U.S.C §207, that none of the grounds for refusal or deferral of recognition of the award exist, the Court hereby confirms the Award dated November 21, 2022, and enters Judgment as follows:

Respondent Mandeep Kaur Sohi is ordered to pay to Petitioner Prodigy Finance CM2021-1 DAC as follows:

    (a)    Respondent shall make payment to Petitioner in the full sum of $44,082.04;

    (b)    Respondent shall pay simple interest on the above sum of $44,082.04 at the rate of 6.11% per annum from May 13, 2022 until date of final payment;

    (c)    In addition, Respondent shall make payment to Claimant of the sum of $3,547.80, in payment of CIArb BAS registration fees incurred by Claimant;  and

    (d)    Payments received from Respondent shall first be apportioned to legal costs (CIArb BAS Registration fees), then interest (if any), and finally to the principal amount outstanding.

IT IS SO ORDERED AND ADJUDGED.

Dated: July 7, 2023

_____
United States District Judge